### ARNS, Exr v DISSER

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 9, 1931

For full opinion see 178 NE 27; 40 Oh Ap 163 (Oh Bar 1-12-32).